MIDWOOD PARK COMPANY, Respondent, *v.* KOUWENHOVEN REALTY AND IMPROVEMENT COMPANY, Appellant.

Reported below, 144 App. Div. 939.
(Argued October 2, 1911; decided October 10, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 22, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

The motion was made upon the ground that the appeal was unauthorized and the Court of Appeals had no jurisdiction to entertain the same.

*Augustus Van Wyck* for motion.

*George C. Lay* opposed.

Motion denied, with ten dollars costs. ·